CHRISTENBURY SURGERY CTR. v. N.C. DEP'T OF HEALTH & HUMAN SERVS.

[353 N.C. 354 (2001)]

CHRISTENBURY SURGERY CENTER, Petitioner v. NORTH CAROLINA DEPART-
MENT OF HEALTH AND HUMAN SERVICES, DIVISION OF FACILITY SERVICES,
Respondent

No. 305PA00

(Filed 6 April 2001)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unani-
mous decision of the Court of Appeals, 138 N.C. App. 309, 531 S.E.2d
219 (2000), affirming a decision entered by Bullock, J., on 16 April
1999 in Superior Court, Wake County. Heard in the Supreme Court 15
March 2001.

*Parker, Poe, Adams & Bernstein, L.L.P., by Renee J.
Montgomery and Amy Flanary-Smith, for petitioner-appellee.*

*Roy A. Cooper, Attorney General, by James A. Wellons, Special
Deputy Attorney General, for respondent-appellant.*

*Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P., by
Jim W. Phillips, Jr., and Forrest W. Campbell, Jr.; and Maupin,
Taylor & Ellis, P.A., by Charles B. Neely, Jr., on behalf of the
North Carolina Hospital Association, the North Carolina
Association of County Commissioners, and Mission-
St. Joseph's Health System, Inc., amici curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.